IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,

  v.

                                        Case No. 20-cv-172-jdp

DR. CONCEPCION SANTILLAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 8/5/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |